ELVIRA BREED, as Executrix of NATHAN BREED, Deceased, Respondent, *v.* THE NATIONAL BANK OF AUBURN, Appellant, Impleaded with Others.

*Breed* v. *National Bank of Auburn,* 57 App. Div. 468, affirmed.
(Argued April 15, 1902; decided May 6, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 15, 1901, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Charles I. Avery* for appellant.

*Alexander H. Cowie* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, MARTIN, VANN, CULLEN and WERNER, JJ. Dissenting: O'BRIEN, J.

---

ISAAC D. EINSTEIN, Respondent, *v.* THOMAS J. DUNN, as Sheriff of the County of New York, Appellant.

*Einstein* v. *Dunn,* 61 App. Div. 195, affirmed.
(Submitted April 14, 1902; decided May 13, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 31, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Edward W. S. Johnston* and *Philip J. Britt* for appellant.

*Gratz Nathan* and *Maurice Marks* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.